**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:21-CR-460 RWS |
| ) | |
| TERRELLE MARION, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT TERRELLE MARION'S MOTION TO CONTINUE**
**TELEPHONE STATUS CONFERENCE**

COMES NOW Defendant Terrelle Marion ("Defendant"), by and through his attorney, James W. Schottel, Jr., and for his Motion to Continue Telephone Status Conference, and states to this Honorable Court as follows:

1. This case is set for trial on Monday, February 7, 2022 with a telephone status conference set for Friday, January 21, 2022 at 2:00 PM.

2. The parties are still engaged in plea negotiations and have not yet reached an agreement.

3. The undersigned received by email from counsel for the Government the first draft and proposed plea agreement offered to Mr. Marion yesterday; counsel promptly printed the plea agreement, prepared a letter and mailed both to Mr. Marion.

4. Mr. Marion advised the undersigned that mail was taking 3 days to get to him from the date the undersigned placed the mail in the mailbox.

5. The undersigned has been slowed in his work due to nerve entrapment in both elbows that causes extreme pain in various parts of counsel's arms and most painful when the pain is in the fingers whereas the undersigned cannot propel himself in his wheelchair.

6.	The undersigned will likely not be able to set up a Zoom conference with Mr. Marion to go through the proposed plea agreement until next Monday or Tuesday.

7.	Before the Zoom conference, the undersigned intends to review the 179 pages of documents produced in discovery.

8.	Should the parties not reach a mutually agreeable plea agreement or negotiations continue too close to the trial date, the undersigned is awaiting Mr. Marion's signed Waiver of the Speedy Trial Act, which should be received any day and a motion to continue trial will be filed to free the Court's docket.

9.	So as to not take up the Court's time unnecessarily, Defendant respectfully requests this Honorable Court continue Friday's Telephone Status Conference to Wednesday, January 26, 2022.

10.	The undersigned has reached out to counsel for the Government and she has no objection to this motion and the relief requested herein.

WHEREFORE, for the foregoing reasons, Defendant Terrelle Marion respectfully requests this Honorable Court to grant his Motion to Continue Telephone Status Conference and for such other and further relief as this Court deems just and proper under the circumstances.

Respectfully submitted,

SCHOTTEL & ASSOCIATES, P.C.

BY: s/*James W. Schottel, Jr.*
James W. Schottel, Jr.   #51285MO
906 Olive St., PH
St. Louis, MO 63101
(314) 421-0350
(314) 421-4060 facsimile
jwsj@schotteljustice.com

Attorney for Defendant
Terrelle Marion

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 19, 2022 the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

        Tracy L. Berry
        tracy.berry@usdoj.gov

        Attorney for Plaintiff
        United States of America


        s/*James W. Schottel, Jr.*