UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:21 CR 460 RWS |
| | ) | |
| TERRELLE MARION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that the **sentencing** hearing in this matter is **RESET to** <u>**Wednesday, July 6, 2022 at 11:00 a.m.**</u> by video via Zoom from the facility.  Hearing participants received a separate email with a link to join the hearing by Zoom.  Members of the general public who wish to listen in to the hearing are directed to call the following number to participate by phone:  1-669-254-5252, Meeting ID: 160 670 3965.  Pursuant to Local Rule 13.02, all means of photographing, recording, broadcasting, and televising are prohibited in any courtroom, and in areas adjacent to any courtroom, except when authorized by the presiding judge.  This includes proceedings ordered by the Court to be conducted by phone or video.

**IT IS FURTHER ORDERED** that the deadline for filing objections, if any, to the Presentence Report as to this defendant is **June 22, 2022.**

**IT IS FURTHER ORDERED** that no objections shall be filed after the

deadline without leave of the Court. A request for leave to file objections out of time must be in writing and supported by reasons for the request.

**IT IS FURTHER ORDERED** that the parties shall inform the Court, in writing, and not less than ten (10) days prior to the sentencing date, whether testimony is to be presented at sentencing and, if so, the anticipated number of witnesses and the estimated length of such testimony.

**IT IS FURTHER ORDERED** that the parties must file any memoranda no later than seven (7) days before sentencing date except that a response to a sentencing memorandum may be filed no later than five (5) days before the sentencing date.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 4th day of April, 2022.